**FILED**

FEB 1 9 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Brent Clark _____

_____

*Your full name*

v.

UNITED STATES OF AMERICA

**FEDERAL TORTS CLAIM ACT COMPLAINT**

Civil Action No.: *5:21 cv 27*
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Brent Clark ___ ___ ___ ___ ___ ___   Inmate No.: 38405068 ___ ___ ___ ___
Address: 946 William Penn Court ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
Pittsburgh, PA. 15221 _____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Home confinement via The Renewal Center ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

A.    Is this where the events concerning your complaint took place?
☐ Yes    ✗ No

Attachment A

If you answered "NO," where did the events occur?

FCI Morgantown

Post office box 1000

Morgantown, West Virginia 26507

## IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): __N/A_____

2.  Court: __N/A_____
*(If federal court, name the district; if state court, name the county)*

3.  Case  Number: __N/A_____

4.  Basic Claim Made/Issues Raised: __N/A_____

5.  Name of Judge(s) to whom case was assigned: __N/A_____

6.  Disposition: __N/A_____
*(For example, was the case dismissed?  Appealed?  Pending?)*

7.  Approximate date of filing lawsuit: __N/A_____

**Attachment A**

8.    Approximate date of disposition. Attach copies:___N/A_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?    N/A
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____
_____N/A_____
_____
_____

E.    Did you exhaust **ALL** available administrative remedies?
☐ Yes        ☐ No
                                    N/A

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____
_____N/A_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:    N/A

Plaintiff(s): _____

Defendant(s): _____
_____

Attachment A

2.   Name and location of court and case number: __N/A_____

_____

_____

3.   Grounds for dismissal:   □ frivolous   □ malicious
     □ failure to state a claim upon which relief may be granted   N/A

4.   Approximate date of filing lawsuit: _____N/A_____

5.   Approximate date of disposition: _____N/A_____

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.   Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
     ☒ Yes      □ No

B.   If your answer is "YES," answer the questions below:

     1.   Identify the type of written claim you filed: __SF-95_____

     2.   Date your claim was filed: ____/   12/9/2019_____

     3.   Amount of monetary damages you requested in your claim:
          __$ 14,540,000_____

     4.   If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

          I.    Date of the written acknowledgment: __12/11/2019_____
          ii.   Claim Number assigned to your claim: __TRT-MXR-2020-01789__

C.   If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?   □ Yes      □ No

                                   N/A

_United States District Court_                    _Northern District of West Virginia-2013_

Attachment A

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:    N/A

_____

_____

_____

2.    Identify the type of written claim(s) you filed: ____N/A____

_____

3.    Date your claim(s) were filed: ____N/A____

4.    Amount of monetary damages you requested in your claim(s):
_____N/A_____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: __N/A__

ii.    Claim Number assigned to your claim: __N/A__

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☒ Yes         ☐ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: 7/20/2020

ii.    Date the agency acknowledged receipt of your request for reconsideration: 7/30/2020

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: Medical negligence due to the deviation from the standard of care for head injury.

Supporting Facts: The federal employees named below failed to provide any medically necessary, standard of care, medical treatment, follow-up care and supervision of subordinates whatsoever, 12/18/2018 thru 2/26/2019, for the plaintiff's head injuries that occurred 12/17/2018 and 2/19/2018 while housed in the Special Housing Unit at FCI Morgantown.according to the medical record.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Doctor Vibeke Dankwa - Bureau of Prisons

Physician Assistant Patricia Corbin - Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: Each of the above were performing official duties as federal employees at FCI Morgantown in the roles of physician and physician's assistant.

CLAIM 2: Tort claim of patient abandonment.The plaintiff's medical care was unilaterally terminated b Doctor Dankwa and Physician Assistant Corbin when there was still a need of care without proper notice to the plaintiff.

---

Supporting Facts: The plaintiff's medical records, 12/18/2018 thru 2/26/2019 reveal no treatment whatsoever by Doctor Dankwa or Physician Assistant Corbin for the plaintiff's head injuries that occurred 12/17/2018 and 12/19/2018.The above defendants failed to arrange for the plaintiff's continuing need of care by another appropriately skilled provider.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Doctor Vibeke Dankwa - Bureau of Prisons

Physician Assistant Patricia Corbin - Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☐ Yes  X      ☐ No

If your answer is "YES," please explain: At the time of abandonment the defendants were acting as attending physician and physician assistant to the plaintiff at FCI Morgantown.

CLAIM 3: _____ Loss of chance theory of liability.

Supporting Facts: ___ The health care providers failed to follow the accepted standard of care for the treatment of head injury which deprived the plaintiff of a greater than 25% chance of an improved recovery and increased the risk of harm to the plaintiff.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Doctor Vibeke Dankwa-Bureau of Prisons        Physician Assistant Patricia Corbin-Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?       ☒ Yes        ☐ No

Attachment A

If your answer is "YES," please explain: _____

__Each of the above were performing official duties as federal employees at FCI Morgantown in__ __the roles as physician and physician assistant.__

CLAIM 4: ____N/A_____

Supporting Facts: ____N/A_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: ____N/A_____

CLAIM 5: ____N/A_____

Supporting Facts: ___N/A_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes     ☐ No

If your answer is "YES," please explain: _____ N/A _____

VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages.  The plaintiff has sustained the injuries of cognitive memory loss and seizure due to the defendant's failure to adhere to the standard of care for head injury. The above led to no detection and thus no treatment of brain injuring bleeding in the brain of the plaintiff. The plaintiff sustained the psychiatric injury of post-traumatic stress disorder when he received no treatment whatsoever for life threatening sequela of head injuries 12/17/201 and 12/19/2018.The plaintiff has left shoulder dysfunction as a result of inadequate medical care.

VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
The plaintiff desires the Court to make the plaintiff whole for the omissions of governmental employees to the same extent a private individual would be in like circumstances. Because the plaintiff has sustained permanent harm and is unable to return to his trained professions as a medical doctor and professor of medicine, the plaintiff desires to recover compensatory economic and non-economic damages, future cost of custodial care and health care.

*United States District Court*                     *Northern District of West Virginia-2013*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Pittsburgh, Pennsylvania_____ on ___12/22/2020_____.
                     (Location)                                    (Date)

_____
Your Signature