IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**BRENT CLARK**,

    Plaintiff,

v.                                      **CIVIL ACTION NO. 5:21-CV-27**
                                               Judge Bailey

**UNITED STATES OF AMERICA**,

    Defendant.

### ORDER DIRECTING ENTRY OF JUDGMENT

Pursuant to this Court's Order Striking Expert, Granting Summary Judgment and Imposing Sanctions [Doc. 168], the Clerk of this Court is hereby **DIRECTED** to enter judgment against plaintiff Brent Clark in the amount of **$6,500.04**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, and to mail a copy via certified mail, return receipt requested, to plaintiff.

**DATED:** December 28, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

1